UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STACY E. SIMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:25-cv-00257-ACA-SGC |
| JENNIFER SKELTON, *et al.*, | ) ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION AND ORDER

Plaintiff Stacy E. Sims brings this is an action asserting claims under 42 U.S.C. § 1983. (Doc. 1). On June 12, 2025, the magistrate judge ordered Mr. Sims to amend his complaint within 14 days to choose which claim to pursue in this action. (Doc. 13). The court warned Mr. Sims that if he failed to do so before the deadline, the court may dismiss his lawsuit without further notice. (*Id.*).

The deadline passed. Mr. Sims filed three documents concerning various topics (*see* docs. 14–16; *see also* doc. 17 at 2–3), but he did not file an amended complaint. Accordingly, on July 10, 2025, the magistrate judge entered a report recommending this action be dismissed for Mr. Sims's failure to prosecute under Federal Rule of Civil Procedure 41(b). (Doc. 17). Mr. Sims was advised he could object to the Report and Recommendation within fourteen days. (*Id.*).

On August 11, 2025, the court received an objection from Mr. Sims. (Doc. 18). The objection is not dated,[1] but it is postmarked August 6, 2025. (*Id.* at 9). Mr. Sims does not address the substance of the Report and Recommendation. Instead, he states that his written statements were true, and he complains that he had no chance to give testimony to a judge. (*Id.* at 1). He repeats his contention that he was wrongfully arrested in connection with Jennifer Skelton, and he alleges he is imprisoned with a broken collarbone and hip and back injuries because Ms. Skelton hit him with a car. (*Id.*). Mr. Sims wants the state to "pick up [his] cases" to investigate drug corruption, as well as a polygraph test for himself and Skelton. (Doc. 18 at 2, 4).

Mr. Sims was ordered to amend his complaint because his lawsuit included multiple, unrelated incidents. (Doc. 13). Mr. Sims was also advised that his original complaint did not include enough detail for the court to analyze whether he could proceed in federal court. (*Id.*). Because Mr. Sims has not filed an amended complaint that would permit the court to properly review his claims to determine whether they are subject to dismissal pursuant to 28 U.S.C. § 1915(b), he has not complied with the court's order and he has failed to prosecute his case. Accordingly, his lawsuit is properly subject to dismissal.

After careful consideration of the record in this case and the magistrate judge's report, the court **OVERRULES** the objection (doc. 18), **ADOPTS** the report, and

---

[1] Rather than noting the date, the objection simply states, "Today's Date." (Doc. 18 at 4).

**ACCEPTS** the recommendation (doc. 17). Consistent with that recommendation, this action will be dismissed without prejudice because Mr. Sims has failed to prosecute his claims and comply with a court order. *See* Fed. R. Civ. P. 41(b).

    **DONE** and **ORDERED** this August 22, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

3